IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01814-REB-MJW

CMS INVESTMENT HOLDINGS, LLC,

Plaintiff(s),

v.

LAWRENCE E. CASTLE,
CAREN J. CASTLE,
LEO C. STAWIARSKI, JR.,
LEC HOLDINGS, LLC,
LCS COLORADO HOLDINGS, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

       It is hereby ORDERED that plaintiff's Unopposed Motion to Vacate and Reset
Current Date for Scheduling/Planning Conference (Docket No. 9) is granted.  The
Scheduling Conference set on September 23, 2014, at 9:30 a.m. is VACATED and
RESET on November 24, 2014, at 9:30 a.m.

Date: August 28, 2014